(December 27, 1939.)

In the Matter of the Estate of CHARLES W. OSTER, Deceased.— Decree so far as appealed from affirmed, with costs. Appeal from the decision dismissed,. Memorandum: When the decedent Oster conveyed the property to Mabel D'. Harper and she assumed and agreed to pay the mortgage, Mabel D. Harper became the principal debtor and decedent became surety. As surety the decedent had the right of subrogation. Upon payment of the deficiency judgment he was entitled to be subrogated to the rights of the claimants and to an assignment of the judgment against Mabel D. Harper. Claimants had knowledge that Mabel D. Harper had assumed and agreed to pay the mortgage. When claimants released Mabel D. Harper from the judgment and satisfied the judgment as against her they destroyed Oster's right of subrogation and he thereupon became discharged from liability to claimants. (*Wagoner* v. *Brady*, 221 App. Div. 405; *Germania Life Ins.. Co.* v. *Casey*, 98 id. 88; *Calvo* v. *Davies*, 73 N. Y. 211; *Paine* v. *Jones*, 76 id. 274;. *Murray* v. *Marshall*, 94 id. 611.) All concur. (The portion of the decree appealed. from dismisses a claim against an estate to recover the amount of a deficiency judgment in a foreclosure action.) Present — Sears, P. J., Crosby, Cunningham,, Taylor and Dowling, JJ.

CATHRYN G. HASKELL, as Executrix, etc., of EDWARD L. HASKELL, Deceased,. Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24690.) — Judgment affirmed, with costs. Memorandum: We find in the record sufficient competent proof to establish that the flood damage in March, 1936, to claimant's cottage property on the shore of Oneida Lake resulted from inadequate flood control facilities then maintained by the State of New York on the Oneida River at and near its dam at Caughdenoy and the negligent operation of such facilities as then existed at that location. We find no reversible errors in the rulings on evidence challenged by the appellant. All concur. (The judgment is for claimant on a claim for damages resulting from negligent operation of the Barge Canal.) Present — Sears, P. J., Crosby, Lewis, Cunningham and Dowling, JJ.